

# NUMBER 13-25-00039-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE JAVIER CASTILLO

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Peña[1]**

Relator Javier Castillo filed a petition for writ of mandamus asserting that the respondent, the Honorable Nanette Hasette, abused her discretion by ordering him to pay child support in addition to the children's proven needs, or alternatively, by ordering him to pay child support above statutory guidelines. However, the respondent ceased to hold

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

office on December 31, 2024. Accordingly, we abated and remanded this original proceeding "to allow the successor to reconsider the [respondent's] decision." TEX. R. APP. P. 7.2(b); *In re Blevins*, 480 S.W.3d 542, 543 (Tex. 2013) (orig. proceeding) (per curiam); *In re Schmitz*, 285 S.W.3d 451, 454 (Tex. 2009) (orig. proceeding).

We have now received the reporter's record of the proceedings on remand and the successor judge's order on reconsideration. Accordingly, we reinstate this original proceeding. By order signed on April 16, 2025, the successor judge has vacated the award of child support at issue in this petition for writ of mandamus.

The Court, having examined and fully considered the petition for writ of mandamus, the proceedings on remand, and the trial court's order, is of the opinion that this original proceeding has been rendered moot. *See In re Contract Freighters, Inc.*, 646 S.W.3d 810, 813 (Tex. 2022) (orig. proceeding) (per curiam); *Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012); *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding). Accordingly, we dismiss this original proceeding as moot.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
28th day of April, 2025.

2